Shamus T. O'Doherty, WSBA No. 43082
Randall | Danskin, P.S.
601 West Riverside, Suite 1500
Spokane, Washington  99201
Telephone:  (509) 747-2052
Facsimile:  (509) 624-2528
sto@randalldanskin.com
Attorneys for Plaintiff

# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LEISURE CONCEPTS, INC., a Washington corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>CALIFORNIA HOME SPAS, INC., a California corporation, d/b/a COVERVALET,<br><br>      Defendant. | No. 2:14-cv-388-RMP<br><br>**JOINT SETTLEMENT STATUS CERTIFICATE** |

In compliance with the Court's November 18, 2016, Amended Jury Trial Scheduling Order, ECF No. 121, the Parties hereby confirm that they are in agreement to schedule mediation with one of the Court's full time magistrates or district court judges in Spokane, Washington.  The Parties request guidance on the

JOINT SETTLEMENT STATUS
CERTIFICATE - 1

**RANDALL | DANSKIN, P.S.**
601 WEST RIVERSIDE, SUITE 1500
SPOKANE, WASHINGTON 99201
PHONE (509) 747-2052

proper procedure for scheduling such mediation, if at all possible, during the month of February.

Respectfully submitted this 23rd day of January, 2017.

RANDALL | DANSKIN, P.S.

By: */s/ Shamus T. O'Doherty*
Shamus T. O'Doherty, WSBA #43082
601 West Riverside, Suite 1500
Spokane, Washington, 99201
sto@randalldanskin.com
Attorneys for Plaintiff

LEE & HAYES, PLLC

By: *s/ Geana M. Van Dessel*
Geana M. Van Dessel, WSBA #35969
601 W. Riverside Ave., Suite 1400
Spokane, WA 99201
geanav@leehayes.com
Attorneys for Defendant

FULLWIDER PATTON LLP

By: *s/ Kenya L. Williams*
Kenya L. Williams, CASB #276875
Admitted Pro Hac Vice
Howard Hughes Center
6100 Center Drive, Suite 1200
Los Angeles, CA 90045
KWilliams@fulpat.com
Attorneys for Defendant

JOINT SETTLEMENT STATUS
CERTIFICATE - 2

**RANDALL | DANSKIN, P.S.**
601 WEST RIVERSIDE, SUITE 1500
SPOKANE, WASHINGTON 99201
PHONE (509) 747-2052

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January, 2017, I electronically filed the foregoing **JOINT SETTLEMENT STATUS CERTIFICATE**, with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

- **Gary M. Anderson**
  ganderson@fulpat.com, litdocketla@fulpat.com

- **Kenya L. Williams**
  KWilliams@fulpat.com

- **Mark Wayne Hendricksen**
  mhendricksen@wellsstjohn.com, cwood@wellsstjohn.com

- **Geana Van Dessel**
  GeanaV@leehayes.com, kylen@leehayes.com, LaurieD@leehayes.com, shellyg@leehayes.com

- **Robert James Carlson**
  Bob@leehayes.com, Soniap@leehayes.com

By:  */s/ Shamus T. O'Doherty*
Shamus T. O'Doherty, WSBA #43082
601 West Riverside, Suite 1500
Spokane, Washington, 99201
Telephone:  (509) 747-2052
Facsimile: (509) 624-2528
sto@randalldanskin.com
Attorney for Plaintiff