UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LEISURE CONCEPTS, INC., a Washington corporation<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA HOME SPAS, INC., a California corporation doing business as Covervalet,<br><br>　　　　　　　　　　Defendant. | NO:  2:14-CV-388-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Before the Court is the parties' Stipulated Motion for Dismissal with Prejudice, ECF No. 131.  Having reviewed the motion and the record, the Court finds good cause to grant dismissal.  Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Dismissal with Prejudice, **ECF No. 131**, is **GRANTED**.

2. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** March 30, 2017.

                        *s/ Rosanna Malouf Peterson*
                        ROSANNA MALOUF PETERSON
                            United States District Judge